Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
MICHAEL AUSTIN                                          Case No. 11-41883
DAWN AUSTIN                                             Account No.  3432

JP MORGAN CHASE BANK NA                                 MICHAEL AUSTIN
3415 VISION DR DEPT OH4 7133                            DAWN AUSTIN
COLUMBUS, OH  43219                                     1720 SURRERY LANE
                                                        LAKE FOREST, IL  60045

                                                        GERACI LAW LLC
                                                        55 E MONROE #3400
                                                        CHICAGO, IL  60603

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on April 11, 2012.

/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on May 17, 2012.

/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888